UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

In re: DMCA Subpoena to eBay, Inc.  :
:
:  Case No.  1:21-mc-0014
:
: Alticor, Inc.'s Request to the Clerk
: for Issuance of Subpoena to eBay, Inc.
: Pursuant to 17 U.S.C. § 512(h) to Identify
: Alleged Infringers

Petitioner, Alticor, Inc. ("Alticor"), through its undersigned counsel of record, requests that the Clerk of this Court issue a subpoena to eBay, Inc. ("eBay") to identify two alleged copyright infringers, pursuant to the Digital Millennium Copyright Act ("DMCA"), 17 U.S.C. § 512(h) (the "DMCA Subpoena"). A proposed DMCA Subpoena is attached.

Alticor has satisfied the requirements of the issuance of a subpoena pursuant to 17 U.S.C. § 512(h) by:

(1) Filing a copy of the notification sent to eBay, pursuant to 17 U.S.C. § 512(c)(3)(A), attached to the Declaration of Adam Sherman as Exhibit 1 and Exhibit 2;

(2) Filing the proposed DMCA Subpoena; and

(3) Filing a sworn declaration confirming that the purpose of the DMCA Subpoena is to obtain the identity of the alleged infringers and that the information obtained will only be used for the purpose of protecting Alticor's rights under 17 U.S.C. § 101, *et seq.*

As Alticor has complied with the statutory requirements, Alticor respectfully requests that the Clerk issue the proposed DMCA subpoena, pursuant to 17 U.S.C. § 512(h)(4).

Dated: July 22, 2021

Respectfully submitted

/s/ Adam C. Sherman
Adam C. Sherman (0076850)
Vorys, Sater, Seymour and Pease LLP
301 East Fourth Street, Suite 3500
Cincinnati, OH 45202
Phone: (513) 723-4680
Fax:   (513) 852-8468
Email: acsherman@vorys.com

*Counsel for Alticor, Inc.*